IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES DLESTER CRANDLE, | : | |
| Petitioner, | : | |
| vs. | : | Civil Action No. 17-0090-KD-C |
| HONORABLE JUDGE BOB SHERLING, et al., | : | |
| | : | |
| Respondents. | | |

### ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 14, 2017, is **ADOPTED** as the opinion of this Court.

In summary, Petitioner must first seek relief from state court not federal court.

**DONE** this 29th day of March 2017.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**